July 27, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

RUTH HERNANDEZ, Appellant

NO. 14-16-00197-CV          V.

OZIEL GONZALEZ-FLORES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Oziel Gonzalez-Flores, signed February 15, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Ruth Hernandez, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.